IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESSICA WILLIAMS,** | * | |
| Plaintiff, | * | |
| vs. | * | **CIVIL ACTION NO. 12-00289-KD-C** |
| **SEVERN TRENT SERVICES,** | * | |
| Defendant. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 5, 2013, is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiff's case is **DISMISSED WITH PREJUDICE** pursuant to Rule 37(b)(2)(A) as a sanction for failure to obey the Court's discovery order, and Rule 41(b) for failure to prosecute and to abide by orders of this Court.

**DONE** and **ORDERED** this the **28**$^{th}$ day of **February 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**